UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**APRIL MALICK,** and **ROB MALICK,**
Individually and as Next Friend for
**C.M.,** a minor child,

    Plaintiffs,

vs.                                                       Case No: 22-cv-11126
                                                         Hon.  David M. Lawson

**CROSWELL-LEXINGTON DISTRICT**     Mag. Curtis Ivy, Jr.
**SCHOOLS** and the **CROSWELL-LEXINGTON**
**BOARD OF EDUCATION,**
**DAN GILBERTSON,** *in his individual and official capacity*,
and **KYLE WOOD,** *in his individual and official capacity*.

    Defendants.

| **DEBORAH GORDON LAW** | **Giarmarco, Mullins & Horton, PC** |
|---|---|
| Deborah L. Gordon (P27058) | Timothy Mullins (P28021) |
| Elizabeth Marzotto Taylor (P82061) | Kenneth B. Chapie (P66148) |
| Sarah Gordon Thomas (P83935) | Travis Comstock (P72025) |
| Molly Savage (P84472) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 101 W. Big Beaver Road, Tenth Floor |
| 33 Bloomfield Hills Parkway, Suite 220 | Troy, MI 48084-5280 |
| Bloomfield Hills, Michigan 48304 | (248) 457-7026 |
| (248) 258-2500 | (248) 404-6311 Fax |
| dgordon@deborahgordonlaw.com | tmullins@gmhlaw.com |
| emarzottotaylor@deborahgordonlaw.com | kchapie@gmhlaw.com |
| sthomas@deborahgordonlaw.com | tcomstock@gmhlaw.com |
| msavage@deborahgordonlaw.com | |

## PLAINTIFFS' NOTICE OF APPEAL

TO:    All Counsel of Record
          Clerk, U.S. Court of Appeals

Notice is hereby given that the Plaintiffs in the above-captioned case, April Malick, Rob Malick and C.M., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting Defendants' Motion for Summary Judgment [ECF No. 67] and Judgment [ECF No. 68], both entered in this action on February 20, 2024.

This Notice of Appeal is timely, having been filed within 30 days after the Court's Order. Fed. R. App. P. 4(a)(1)(A).

Respectfully submitted,

Dated: February 22, 2024

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com