# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**APRIL MALICK,** and **ROB MALICK,**
Individually and as Next Friend for
**C.M.,** a minor child,

    Plaintiffs,

vs.

**CROSWELL-LEXINGTON DISTRICT SCHOOLS** and the **CROSWELL-LEXINGTON BOARD OF EDUCATION,**
**DAN GILBERTSON,** *in his individual and official capacity*,
and **KYLE WOOD,** *in his individual and official capacity*.

    Defendants.

Case No: 22-cv-11126
Hon.  David M. Lawson
Mag. Curtis Ivy, Jr.

---

| **DEBORAH GORDON LAW** | **Giarmarco, Mullins & Horton, PC** |
|---|---|
| Deborah L. Gordon (P27058) | Timothy Mullins (P28021) |
| Elizabeth Marzotto Taylor (P82061) | Kenneth B. Chapie (P66148) |
| Sarah Gordon Thomas (P83935) | Travis Comstock (P72025) |
| Molly Savage (P84472) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 101 W. Big Beaver Road, Tenth Floor |
| 33 Bloomfield Hills Parkway, Suite 220 | Troy, MI 48084-5280 |
| Bloomfield Hills, Michigan 48304 | (248) 457-7026 |
| (248) 258-2500 | (248) 404-6311 Fax |
| dgordon@deborahgordonlaw.com | tmullins@gmhlaw.com |
| emarzottotaylor@deborahgordonlaw.com | kchapie@gmhlaw.com |
| sthomas@deborahgordonlaw.com | tcomstock@gmhlaw.com |
| msavage@deborahgordonlaw.com | |

---

# MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.25(b)(2), Deborah Gordon Law, attorneys for Plaintiffs, moves the Court to allow Molly Savage to withdraw as counsel of record for Plaintiffs.

1. Good cause exists to grant the instant motion, as Ms. Savage has left Deborah Gordon Law.

2. Notwithstanding Ms. Savage's withdrawal, Deborah Gordon Law continues to represent Plaintiffs.

3. On March 25, 2024, pursuant to Local Rule 7.1, Plaintiffs' counsel sought concurrence in the relief sought.

4. On March 25, 2024, counsel for Defendants concurred in the relief sought.

Based on the foregoing, Plaintiffs' counsel requests that this Court grant the instant motion and enter an order allowing Molly Savage to withdraw as counsel for Plaintiffs.

Dated: April 11, 2024                **DEBORAH GORDON LAW**
                                     */s/Deborah L. Gordon*
                                     Deborah L. Gordon (P27058)
                                     Elizabeth Marzotto Taylor (P82061)
                                     Sarah Gordon Thomas (P83935)
                                     *Attorneys for Plaintiffs*
                                     33 Bloomfield Hills Parkway, Suite 220
                                     Bloomfield Hills Michigan 48304
                                     (248) 258-2500

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**APRIL MALICK,** and **ROB MALICK,**
Individually and as Next Friend for
**C.M.,** a minor child,

    Plaintiffs,

vs.                                                                Case No: 22-cv-11126
                                                                Hon.  David M. Lawson

**CROSWELL-LEXINGTON DISTRICT**     Mag. Curtis Ivy, Jr.
**SCHOOLS** and the **CROSWELL-LEXINGTON**
**BOARD OF EDUCATION,**
**DAN GILBERTSON,** *in his individual and official capacity*,
and **KYLE WOOD,** *in his individual and official capacity*.

    Defendants.

---

| **DEBORAH GORDON LAW** | **Giarmarco, Mullins & Horton, PC** |
|---|---|
| Deborah L. Gordon (P27058) | Timothy Mullins (P28021) |
| Elizabeth Marzotto Taylor (P82061) | Kenneth B. Chapie (P66148) |
| Sarah Gordon Thomas (P83935) | Travis Comstock (P72025) |
| Molly Savage (P84472) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 101 W. Big Beaver Road, Tenth Floor |
| 33 Bloomfield Hills Parkway, Suite 220 | Troy, MI 48084-5280 |
| Bloomfield Hills, Michigan 48304 | (248) 457-7026 |
| (248) 258-2500 | (248) 404-6311 Fax |
| dgordon@deborahgordonlaw.com | tmullins@gmhlaw.com |
| emarzottotaylor@deborahgordonlaw.com | kchapie@gmhlaw.com |
| sthomas@deborahgordonlaw.com | tcomstock@gmhlaw.com |
| msavage@deborahgordonlaw.com | |

---

**BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

In support of its Motion to Withdraw Attorney Molly Savage as Counsel for the Plaintiff, Deborah Gordon Law, attorneys for Plaintiffs, relies on the rules, law, and facts set forth in its Motion as if fully incorporated herein.

Dated: April 11, 2024
                                         **DEBORAH GORDON LAW**
/s/ *Deborah L. Gordon*
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
*Attorneys for Plaintiffs*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024 the foregoing Motion to Withdraw as Counsel and Brief in Support were filed and served via the United States District Court electronic transmission.

/s/ *Amrita Harrinanan*
Amrita Harrinanan

2