Case No. 24-1147

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

APRIL MALICK, Individually and as Next Friend of C.M., a minor; ROB MALICK, Individually and as Next Friend of C.M., a minor; C. M., a Minor by Next Friends Rob and April Malick

  Plaintiffs - Appellants

v.

CROSWELL-LEXINGTON DISTRICT SCHOOLS; CROSWELL-LEXINGTON BOARD OF EDUCATION; DAN GILBERTSON, in his individual and official capacity; KYLE WOOD, in his individual and official capacity

  Defendants - Appellees

------------------------------

PUBLIC JUSTICE; AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN

  Amici Curiae

Upon consideration of the appellees' motion to file oversize brief,

It is **ORDERED** that the motion is **GRANTED**. The brief is accepted as filed.

          **ENTERED PURSUANT TO RULE 45(a),
          RULES OF THE SIXTH CIRCUIT**
          Kelly L. Stephens, Clerk

Issued: December 10, 2024