Case No. 24-1147

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

APRIL MALICK, Individually and as Next Friend of C.M., a minor; ROB MALICK, Individually and as Next Friend of C.M., a minor; C. M., a Minor by Next Friends Rob and April Malick

      Plaintiffs - Appellants

v.

CROSWELL-LEXINGTON DISTRICT SCHOOLS; CROSWELL-LEXINGTON BOARD OF EDUCATION; DAN GILBERTSON, in his individual and official capacity; KYLE WOOD, in his individual and official capacity

      Defendants - Appellees

------------------------------

PUBLIC JUSTICE; AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN

      Amici Curiae


    Upon consideration of the motions of Public Justice and the American Civil Liberties Union of Michigan to file amicus briefs,

  It is **ORDERED** that the motions are **GRANTED.**


                            **ENTERED BY ORDER OF THE COURT**
                            Kelly L. Stephens, Clerk

Issued: February 12, 2025