# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 16, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 24-1147, *April Malick, et al v. Croswell-Lexington District, et al*
           Originating Case No. : 2:22-cv-11126

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Kelly Stephens
                              Appeal Case Manager: Monica

cc: Ms. Alexandra Zoe Brodsky
    Mr. Kenneth Bennett Chapie
    Mr. Travis Comstock
    Ms. Deborah L. Gordon
    Ms. Lindsay P. Hazen
    Ms. Bonsitu Asia Kitaba
    Mr. Timothy John Mullins
    Ms. Annabel Frances Shea
    Ms. Elizabeth Marzotto Taylor
    Ms. Sarah Gordon Thomas

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1147

_____

Filed: September 16, 2025

APRIL MALICK, Individually and as Next Friend of C.M., a minor; ROB MALICK, Individually and as Next Friend of C.M., a minor; C. M., a Minor by Next Friends Rob and April Malick

    Plaintiffs - Appellants

v.

CROSWELL-LEXINGTON DISTRICT SCHOOLS; CROSWELL-LEXINGTON BOARD OF EDUCATION; DAN GILBERTSON, in his individual and official capacity; KYLE WOOD, in his individual and official capacity

    Defendants - Appellees

------------------------------

PUBLIC JUSTICE; AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN

    Amici Curiae

## MANDATE

   Pursuant to the court's disposition that was filed 08/25/2025 the mandate for this case hereby issues today.

  COSTS: None